IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALBERT JESSE GONZALES                                              PLAINTIFF

v.                            No. 4:13-cv-485-DPM

MELISSA BENTLEY, in her individual
and official capacities and CLEVE
BARFIELD                                                          DEFENDANTS

ORDER

Discovery is incomplete; and questions of material fact remain about whether Gonzales misrepresented his identity and whether Bentley's care was negligent under the circumstances. *Dulany v. Carnahan*, 132 F.3d 1234, 1238-39 (8th Cir. 1997). Motion for partial summary judgment, № 24, denied without prejudice as premature.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 August 2014