IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALBERT JESSE GONZALES                                           PLAINTIFF

v.                          No. 4:13-cv-485-DPM

MELISSA BENTLEY, individually and in her
official capacity, and CLEVE BARFIELD                          DEFENDANTS

ORDER

Joint motion to dismiss based on settlement, № 39, granted.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

_24 November 2014_