IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALBERT JESSE GONZALES                                                PLAINTIFF

v.                              No. 4:13-cv-485-DPM

MELISSA BENTLEY, individually and in her
official capacity, and CLEVE BARFIELD                               DEFENDANTS

JUDGMENT

This case is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

_24 November 2014_